**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>AUSTIN DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**EFD, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**dba Blanco San Miguel; fdba Blanco San Miguel, Ltd.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **20-4516326** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**13200 Bee Cave Pkwy.**<br>**Austin, TX** ZIP CODE **78738** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Blanco and Burnet Counties** ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.83.1, ID 4016...*

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **EFD, Ltd.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X_____
                                          Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____
                (Name of landlord that obtained judgment)

                _____
                (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **EFD, Ltd.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Eric J. Taube**

Eric J. Taube  Bar No. **19679350**

**Hohmann, Taube & Summers, L.L.P.**
**100 Congress Ave.**
**Suite 1800**
**Austin, TX 78701**

Phone No. **(512) 472-5997**   Fax No. **(512) 472-5248**

**4/5/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**EFD, Ltd.**

X **/s/ S. Frank Bright**
Signature of Authorized Individual

**S. Frank Bright**
Printed Name of Authorized Individual

**Manager of GP**
Title of Authorized Individual

**4/5/2011**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **EFD, Ltd.**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Driftwood Land Co - Loans<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | | Loan | | $723,341.58 |
| Driftwood Land Co - Loans<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | | Loan | | $463,812.47 |
| Driftwood Land Co - Loans<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | | Loan | | $282,788.58 |
| William J Maddux Exempt Trust<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | | Unknown | | $250,000.00 |
| Connecticut Avenue Properties, Inc<br>PO Box 8157<br>Waco, TX 76714 | | Services | | $96,250.00 |
| Dillocopter LLC<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | | | | $75,368.44 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: EFD, Ltd.　　　　　　　　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Land Sculptors Inc<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | | Services | | $73,469.05 |
| Ranchhes and Rivers Realty<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | | Services | | $72,457.00 |
| Driftwood Land Co - Grazing Lease<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | | Loan | | $62,102.30 |
| CLMI Trust - Loans<br>PO Box 154369<br>Waco, TX 76715 | | Loan | | $35,828.21 |
| Ranch 122, LLC<br>c/o Alyn Bell<br>4571 SW Thistle Terrace<br>Palm City, FL 34990 | | Services | | $28,228.30 |
| Maxwell Locke & Ritter, LLP<br>PO Box 2637<br>San Antonio, TX 78299 | | Services | | $12,205.50 |
| Blanco County Appraisal<br>PO Box 338<br>615 N. Nugent<br>Johnson City, TX 78636 | | Property Taxes | | $7,429.50 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: EFD, Ltd.   Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Whiteside Insurance / S&W Premium Financ<br>P.O. Box 605<br>Spicewood, TX 78669 | | Insurance premimum | | $5,087.68 |
| Burnet County Appraisal District<br>P.O. Box 908<br>223 South Pierce<br>Burnet, TX 78611 | | Property Taxes | | $4,672.81 |
| Stone & Bruce PC<br>16800 Westgrove Drive<br>Suite 400<br>Addison, TX 75001 | | | | $4,073.33 |
| Ranchhes and Rivers Realty<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | | Services | | $2,257.28 |
| Stone & Bruce PC<br>16800 Westgrove Drive<br>Suite 400<br>Addison, TX 75001 | | | | $2,109.00 |
| Sheiness, Scott, Grossman, & Cohn LLP<br>1001 McKinney<br>Suite 1400<br>Houston, TX 77002 | | | | $2,103.58 |
| Ranchhes and Rivers Realty<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | | | | $1,924.47 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **EFD, Ltd.**   Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Manager of GP** of the **Partnership** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **4/5/2011**   Signature: **/s/ S. Frank Bright**
*S. Frank Bright*
**Manager of GP**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: **EFD, Ltd.**  CASE NO

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/5/2011   Signature  /s/ S. Frank Bright
*S. Frank Bright*
*Manager of GP*

Date _____   Signature _____

Blanco County Appraisal
PO Box 338
615 N. Nugent
Johnson City, TX 78636

Burnet County Appraisal District
P.O. Box 908
223 South Pierce
Burnet, TX 78611

Capital Farm Credit
5900 SW Parkway Suite 501
Austin, TX 78735


CLMI Trust - Loans
PO Box 154369
Waco, TX 76715


Connecticut Avenue Properties, Inc
PO Box 8157
Waco, TX 76714


Dale & Rita Steitle
PO Box 791
Burnet, TX 78611


Dillocopter LLC
13200 Bee Cave Pkwy
Austin, TX 78738


Driftwood Land Co - Grazing Lease
13200 Bee Cave Pkwy
Austin, TX 78738


Driftwood Land Co - Loans
13200 Bee Cave Pkwy
Austin, TX 78738

IICB, LP
2825 Wilcrest #300
Houston, TX 77042


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Land Sculptors Inc
13200 Bee Cave Pkwy
Austin, TX 78738


Larry Meyer
PO Box 154369
Waco, TX 76715


Maxwell Locke & Ritter, LLP
PO Box 2637
San Antonio, TX 78299


Ranch 122, LLC
c/o Alyn Bell
4571 SW Thistle Terrace
Palm City, FL 34990

Ranchhes and Rivers Realty
13200 Bee Cave Pkwy
Austin, TX 78738


Sheiness, Scott, Grossman,& Cohn LLP
1001 McKinney
Suite 1400
Houston, TX 77002

Stone & Bruce PC
16800 Westgrove Drive
Suite 400
Addison, TX 75001

U.S. Trustee  
903 San Jacinto Blvd., Suite 230  
Austin, TX 78701

Whiteside Insurance / S&W Premium Financ  
P.O. Box 605  
Spicewood, TX 78669

William J Maddux Exempt Trust  
13200 Bee Cave Pkwy  
Austin, TX 78738