B6A (Official Form 6A) (12/07)

In re **EFD, Ltd.**                                        Case No. **11-10846**

                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| 7711 W. Hwy 71, Spicewood, Texas 5410 acres - See attached "Exhibit 1" Legal Description | Real Property | $124,971,000.00 | $25,407,046.00 |
| 600 Coopers Bend Rd., Spicewood, Texas 103 acres, 600 Coopers Bend Rd., Lots 10-12 Spicewood, TX - See attached "Exhibit 2" Legal Description | Real Property | $3,000,000.00 | $2,748,973.00 |
| | | Total: **$127,971,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **EFD, Ltd.**                                                                          Case No. __11-10846__
                                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo checking account #7935096805<br><br>Wells Fargo - Savings Account #7859622131 | $1,622.95<br><br>$107.25 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) — Cont.

In re **EFD, Ltd.**                                                           Case No.    **11-10846**
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | See attached "Exhibit 3" AR Report | $214,605.75 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) — Cont.

In re **EFD, Ltd.**                                   Case No. __11-10846_____
                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Fleetwood Festival 16x56 mobile home 7711 W. Hwy 71, Spicewood, TX | $28,910.00 |

B6B (Official Form 6B) (12/07) — Cont.

In re **EFD, Ltd.**          Case No.    **11-10846**            
                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | LE1600 Computer Tablet - Yr 2006<br>13200 Bee Cave Pkwy, Austin, TX | $500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

                                            **3**    continuation sheets attached      **Total >**    **$245,745.95**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **EFD, Ltd.**                                                 Case No.  **11-10846**
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that excee
(Check one box)                                                                    $146,450.*

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced  on or after the date of adjustment.*

| | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re **EFD, Ltd.**                                              Case No. **11-10846**
                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xx8020<br><br>**Capital Farm Credit**<br>**5900 SW Parkway Suite 501**<br>**Austin, TX 78735** | X | DATE INCURRED: **4/1/2010**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**5410 AC at 7711 E. Hwy 71, Spicew**<br>REMARKS:<br><br><br>VALUE: **$124,971,000.00** | | | | $25,407,046.00 | |
| ACCT #: xxxxxxx Bend<br><br>**Dale & Rita Steitle**<br>**PO Box 791**<br>**Burnet, TX 78611** | X | DATE INCURRED: **4/1/2010**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Coopers Bend Lots 10-12, Spicewo**<br>REMARKS:<br><br><br>VALUE: **$3,000,000.00** | | | | $2,748,973.00 | |
| | | | | | | | |
| | | | | | | | |
| | | Subtotal (Total of this Page) > | | | | **$28,156,019.00** | **$0.00** |
| | | Total (Use only on last page) > | | | | **$28,156,019.00** | **$0.00** |

**No**          continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6E (Official Form 6E) (04/10)

In re **EFD, Ltd.**                                      Case No.   **11-10846**
                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____1_____ __continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **EFD, Ltd.**                                     Case No. **11-10846**

                                                                (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Blanco County Appraisal**<br>**PO Box 338**<br>**615 N. Nugent**<br>**Johnson City, TX 78636** | | DATE INCURRED: **1/1/2011**<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS:<br>**Ag exemption** | | | | **$8,246.60** | **$0.00** | **$8,246.60** |
| ACCT #:<br>**Burnet County Appraisal District**<br>**P.O. Box 908**<br>**223 South Pierce**<br>**Burnet, TX 78611** | | DATE INCURRED: **10/1/2010**<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS:<br>**Ag exemption** | | | | **$4,135.84** | **$0.00** | **$4,135.84** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets **Subtotals (Totals of this page) >** | **$12,382.44** | **$0.00** | **$12,382.44**

attached to Schedule of Creditors Holding Priority Claims    **Total >** | **$12,382.44**

(Use only on last page of the completed Schedule E.

                                                                    **Totals >** | | **$0.00** | **$12,382.44**

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)

In re  **EFD, Ltd.**

Case No.  **11-10846**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **BSM** <br> **CLMI Trust** <br> **PO Box 154369** <br> **Waco, TX 76715** | | DATE INCURRED:  **1/2008** <br> CONSIDERATION: <br> **Loan** <br> REMARKS: | | | | $163,206.06 |
| ACCT #:  **xxxxxxx xease** <br> **Connecticut Avenue Properties, Inc** <br> **PO Box 8157** <br> **Waco, TX 76714** | | DATE INCURRED:  **4/1/2010** <br> CONSIDERATION: <br> **Services** <br> REMARKS: <br> **Grazing Lease** | | | | $105,001.00 |
| ACCT #:  **n/a** <br> **Dillocopter LLC** <br> **13200 Bee Cave Pkwy** <br> **Austin, TX 78738** | | DATE INCURRED:  **11/14/2008** <br> CONSIDERATION: <br> **Vendor Services** <br> REMARKS: | | | | $75,368.44 |
| ACCT #:  **xxxxxxx xease** <br> **Driftwood Land Co.** <br> **13200 Bee Cave Pkwy** <br> **Austin, TX 78738** | | DATE INCURRED:  **4/1/2010** <br> CONSIDERATION: <br> **Grazing Lease** <br> REMARKS: | | | | $67,749.00 |
| ACCT #: <br> **Driftwood Land Co.** <br> **13200 Bee Cave Pkwy** <br> **Austin, TX 78738** | | DATE INCURRED:  **1/2008** <br> CONSIDERATION: <br> **Loan** <br> REMARKS: | | | | $877,400.06 |
| ACCT #: <br> **Driftwood Land Co.** <br> **13200 Bee Cave Pkwy** <br> **Austin, TX 78738** | | DATE INCURRED:  **10/27/10** <br> CONSIDERATION: <br> **Loan** <br> REMARKS: | | | | $282,788.58 |

Subtotal >  **$1,571,513.14**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

_____3_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **EFD, Ltd.**                                   Case No.   **11-10846**
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  n/a<br>**Land Sculptors Inc**<br>**13200 Bee Cave Pkwy**<br>**Austin, TX 78738** | | DATE INCURRED: **1/19/2009**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$78,253.70** |
| ACCT #:<br>**LCRA**<br>**11612 Bee Caves Rd.**<br>**Bldg. 1, Suite 150**<br>**Austin, TX 78738** | | DATE INCURRED: **1/15/11**<br>CONSIDERATION:<br>**Water Lease Contract for 5410 Acres**<br>REMARKS: | | | | **$183,677.10** |
| ACCT #:  **4166**<br>**Maxwell Locke & Ritter, LLP**<br>**401 Congress Avenue, Suite 1100**<br>**Austin, TX 78701** | | DATE INCURRED: **5/12/2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$12,205.50** |
| ACCT #:  **xxxx-xx78-00**<br>**Pedernales Electric**<br>**P.O. Box 1**<br>**Johnson City, TX 78636** | | DATE INCURRED: **3/22/11**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**Coopers Bend Elec.**<br>**Other Account #1886-0845-00** | | | | **$47.33** |
| ACCT #:  **xxxx-xx19-00**<br>**Pedernales Electric**<br>**P.O. Box 1**<br>**Johnson City, TX 78636** | | DATE INCURRED: **3/22/11**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**Hwy 71/CR 409 Elec.**<br><br>**Other Accts:  1806-4968-00 and 1806-4885-**<br>**00** | | | | **$67.50** |

Sheet no.  **1**  of **3**  continuation sheets attached to          Subtotal >                **$274,251.13**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                 Total >
                                   (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable, on the
                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **EFD, Ltd.** Case No. **11-10846**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: xxxxxxx xease<br>**Ranch 122, LLC**<br>**4571 SW Thistle Terrace**<br>**Palm City, FL 34990** | | DATE INCURRED: **4/1/2010**<br>CONSIDERATION:<br>**Grazing Lease**<br>REMARKS: | | | | **$33,875.00** |
| ACCT #: xxxxxxxxxt Fee<br>**Ranches and Rivers Realty**<br>**13200 Bee Cave Pkwy**<br>**Austin, TX 78738** | | DATE INCURRED: **12/10/2008**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $79,702.70 |
| ACCT #:<br>**Ranches and Rivers Realty**<br>**13200 Bee Cave Pkwy**<br>**Austin, TX 78738** | | DATE INCURRED: **1/1/10**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**Reimbursement for marketing/advertising** | | | | $4,311.33 |
| ACCT #: BSM<br>**Sheiness, Scott, Grossman,& Cohn LLP**<br>**1001 McKinney**<br>**Suite 1400**<br>**Houston, TX 77002** | | DATE INCURRED: **11/30/2009**<br>CONSIDERATION:<br>**Vendor Services**<br>REMARKS: | | | | $2,928.58 |
| ACCT #: BSM<br>**Stone & Bruce PC**<br>**16800 Westgrove Drive**<br>**Suite 400**<br>**Addison, TX 75001** | | DATE INCURRED: **11/3/2009**<br>CONSIDERATION:<br>**Vendor Services**<br>REMARKS: | | | | $6,182.33 |
| ACCT #: xxxxx8869<br>**Whiteside Insurance**<br>**P.O. Box 605**<br>**Spicewood, TX 78669** | | DATE INCURRED: **12/1/10**<br>CONSIDERATION:<br>**Insurance premimum**<br>REMARKS: | | | | $3,286.14 |

Sheet no. **2** of 3 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$130,286.08**

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **EFD, Ltd.**  Case No. **11-10846**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **William J Maddux Exempt Trust** <br> **13200 Bee Cave Pkwy** <br> **Austin, TX 78738** | | DATE INCURRED: **12/16/10** <br> CONSIDERATION: <br> **Loan to pay note interest** <br> REMARKS: | | | | $250,753.42 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $250,753.42

Total > | $2,226,803.77

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **EFD, Ltd.** Case No. **11-10846**
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser", "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **Connecticut Avenue Properties, Inc**<br>PO Box 8157<br>Waco, TX 76714 | Grazing Lease<br>Contract to be ASSUMED |
| **Driftwood Land Co - Loans**<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | Grazing lease<br>Contract to be ASSUMED |
| **LCRA**<br>11612 Bee Caves Rd.<br>Bldg. 1, Suite 150<br>Austin, TX 78738 | Water Lease Contract for 5410 Acres<br>Contract to be ASSUMED |
| **Ranch 122, LLC**<br>c/o Alyn Bell<br>4571 SW Thistle Terrace<br>Palm City, FL 34990 | Grazing Lease<br>Contract to be ASSUMED |
| **Ranches and Rivers Realty**<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | Management Fee Contract<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)
In re **EFD, Ltd.**

Case No. **11-10846**
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Larry Meyer**<br>2607 Chalk Knoll Cove<br>Austin, TX 78735 | **Capital Farm Credit**<br>5900 SW Parkway Suite 501<br>Austin, TX 78735 |
| **Larry Meyer**<br>2607 Chalk Knoll Cove<br>Austin, TX 78735 | **Dale & Rita Steitle**<br>PO Box 791<br>Burnet, TX 78611 |
| **William J. Maddux**<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | **Capital Farm Credit**<br>5900 SW Parkway Suite 501<br>Austin, TX 78735 |
| **William J. Maddux**<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | **Dale & Rita Steitle**<br>PO Box 791<br>Burnet, TX 78611 |
| **WWTT, LLC**<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | **Capital Farm Credit**<br>5900 SW Parkway Suite 501<br>Austin, TX 78735 |
| **WWTT, LLC**<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | **Dale & Rita Steitle**<br>PO Box 791<br>Burnet, TX 78611 |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re  EFD, Ltd.

Case No.  **11-10846**

Chapter  **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $127,971,000.00 | | |
| B - Personal Property | Yes | 4 | $245,745.95 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $28,156,019.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $12,382.44 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $2,226,803.77 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 14 | $128,216,745.95 | $30,395,205.21 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **EFD, Ltd.**                                    Case No.  **11-10846**
                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Manager of GP**_____ of the _____**Partnership**_____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____**16**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **4/20/2011**_____        Signature  _**/s/ S. Frank Bright**_____  _____

                                                         **S. Frank Bright**
                                                         **Manager of GP**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

# CONSENT LETTER

**DATE:** November 16, 2006

**RE:** STEWART TITLE AUSTIN, INC.　　　　**FILE NO.:** 6100108

**PURCHASER:** Blanco San Miguel, Ltd.

**LENDER:** Capital Farm Credit, FLCA

**LEGAL:**　　TRACT 1: 55.19 acres of land, more or less, out of the Josiah Fowler Survey No. 251, Abstract No. 326, in Burnet County, Texas, and being the same property more fully described by metes and bounds in the attached Exhibit "A", SAVE AND EXCEPT 1.672 acres conveyed to Edward Manigold and Madeleine Manigold by Special Warranty Deed of record in Vol. 1439, Page 606, of the Official Public Records of Burnet County, Texas.

TRACT 2: 9.04 acres of land, more or less, out of the Josiah Fowler Survey No. 251, Abstract No. 326, in Burnet County, Texas, and being the same property more fully described by metes and bounds in the attached Exhibit "B".

TRACT 3: 1.511 acres of land, more or less, out of the Josiah Fowler Survey No. 251, Abstract No. 326, in Burnet County, Texas, and being the same property more fully described by metes and bounds in the attached Exhibit "C".

TRACT 4: 3.137 acres of land, more or less, out of the Josiah Fowler Survey NO. 251, Abstract No. 326, in Burnet County, Texas, and being the same property more fully described by metes and bounds in the attached Exhibit "D".

TRACT 5: 2.29 acres of land, more or less, out of the Josiah Fowler Survey No. 251, Abstract No. 326, in Burnet County, Texas, and being the same property more fully described by metes and bounds in the attached Exhibit "E".

TRACT 6: 3.76 acres of land, more or less, out of the Josiah Fowler Survey No. 251, Abstract No. 326, in Burnet County, Texas, and being the same property more fully described by metes and bounds in the attached Exhibit "F".

TRACT 7: 316.045 acres of land, more or less, out of the Mrs. Emeline Rutledge Survey No. 381, Abstract No. 1067, the W. H. Fowler Survey No. 1634, Abstract No. 1838, the E. Rutledge Survey, Abstract No. 1529, the John H. Love Survey No. 254, Abstract No. 562, the Alfred D. Low Survey No. 250, Abstract No. 548, and the Josiah Fowler Survey No. 251, in Burnet and Blanco Counties, Texas, and being the same property more fully described by metes and bounds in the attached Exhibit "G".

TRACT 8: 5,476.23 acres of land, more or less, out of the F. Fisseler Survey No. 272, the F. Fisseler Survey No. 1068, the F. Fisseler Survey No. 123, the R. S. Morgan Survey No. 416, the J. T. Conn Survey No. 227, the J. T. Conn Survey No. 273, the T.T. Hubbard Survey No. 276, the G.B. & C.N.G. Railroad Survey No. 123, the A. T. Struve Survey No. 97, the E. Ruthledge Survey No. 381, the A. Giesecke Survey No. 124, the A. Giesecke Survey No. 30, the J. F. Torrey & Co. Survey No. 7, the C. Goeth Survey No. 2, the C. Goeth Survey No. 92, the C. Goeth Survey No. 66, the C. Goeth Survey No. 6, the C. Goeth Survey No. 67, H.E. & W.T. Railroad Survey No. 91, the J. Hoffart Survey No. 422, the A. Goebel Survey No. 420, the A. Goebel Survey No. 8, the F. S. Sawyer Survey No. 419, the Thomas Mancha Survey No. 402, the R.H. Jackson Survey No. 5 and the J. R. Worrall Survey No. 92, in Burnet and Blanco Counties, Texas, and being the same property more fully described by metes and

 EXHIBIT 1

bounds in the attached Exhibit "H".

EXHIBIT "A"

FIELD NOTES

BEING 55.19 ACRES OF LAND LOCATED IN THE JOSIAH FOWLER SURVEY NO. 251, ABSTRACT NO. 326, IN BURNET COUNTY, TEXAS, SAID 55.19 ACRES MORE PARTICULARLY BEING A PORTION OF THAT CERTAIN CALLED 397 ACRE TRACT CONVEYED TO JAMES FAUBION IN PROBATE CAUSE NO. 3084 OF THE PROBATE RECORDS OF BURNET COUNTY, TEXAS; SAID 55.19 ACRE TRACT OF LAND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at a ½-inch iron rod found for the most southerly southeast corner of said 397 acre tract, same being an interior ell corner of that certain called 316.045 acre tract conveyed to Blanco San Miguel, Ltd. by deed recorded in Volume 1413, Page 646 of the Deed Records of Burnet County, Texas;

THENCE S 88°50'42" W along the common line between said 316.045 acre tract and said 397 acre tract a distance of 614.57 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner;

THENCE northerly and easterly through the interior of said 397 acre tract the following seven (7) courses:

1. N 42°11'37" E a distance of 663.85 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner;

2. N 60°36'52" E a distance of 346.11 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner;

3. N 18°49'08" E a distance of 1,098.66 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner;

4. N 22°18'46" E a distance of 635.99 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner;

5. N 28°50'40" E a distance of 1,463.45 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner;

6. N 78°53'20" E a distance of 1,429.64 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner;

7. N 03°38'19" W a distance of 528.17 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner in the north line of said 397 acre tract of land, same being the south line of that certain called 10.5 acre tract of land conveyed to James Faubion and Ann Faubion-Jones by Probate Cause No. 8209 of the Probate Records of Burnet County, Texas;

THENCE n 83°14'58" E along the common line between said 10.5 acre tract and said 397 acre tract a distance of 449.54 feet to a cedar fence corner post found for the most northerly northeast corner of said 397 acre tract in the west line of that certain called 65.604 acre tract conveyed to S.R. Scott Family Limited Partnership by deed recorded in Volume 1319, Page 238 of the Deed Records of Burnet County, Texas;

THENCE S 00°07'48" E along the common line between said 65.604 acre tract and said 397 acre tract a distance of 865.35(U)0J feet to a cedar fence corner post for the most easterly southeast corner of said 397 acre tract, said corner also being in the north line of that certain called 143.682 acre tract conveyed to Edward and Madeleine Manigold by deed recorded in Volume 476, Page 8 of the Deed Records of Burnet County, Texas;

EXHIBIT "A"

April 21, 2006
Job No. 06-118

THENCE westerly and southerly along the common line between said 43.682 acre tract and said 397 acre tract the following nine (9) courses:

1. S 84°14'07" W a distance of 435.15 feet to a cedar fence post found for corner;

2. S 65°53'02" W a distance of 254.73 feet to a cedar fence post found for corner;

3. S 82°20'58" W a distance of 637.39 feet to a cedar fence post found for corner;

4. N 79°34'56" W a distance of 328.97 feet to a cedar fence post found for corner;

5. S 01°24'50" E a distance of 731.39 feet to a 60-d nail in fence found for corner;

6. S 64°32'16" W a distance of 931.47 feet to a cedar fence post found for corner;

7. S 01°13'26" E a distance of 1,480.77 feet to a cedar fence post found for corner;

8. S 44°42'37" W a distance of 556.52 feet to a 60-d nail in fence found for corner;

9. S 44°55'10" W a distance of 633.58 feet to the POINT OF BEGINNING of the herein described tract and containing 55.19 acres of land, more or less.

I HEREBY CERTIFY THAT THIS DESCRIPTION WAS PREPARED FROM A SURVEY PERFORMED IN THE FIELD UNDER MY SUPERVISION AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

STEVEN R. MCANGUS, R.P.L.S. No. 3680          Date 4/21/06

The bearings shown hereon are referenced to the Texas State Plain Coordinate System, Central Zone (NAD 83) based on LCRA Monument No. 1309.

## EXHIBIT "B"

April 21, 2006
Job No. 06-118

### FIELD NOTES

BEING 9.04 ACRES OF LAND LOCATED IN THE JOSIAH FOWLER SURVEY NO. 251, ABSTRACT NO. 326, IN BURNET COUNTY, TEXAS, SAID 9.04 ACRES MORE PARTICULARLY BEING A PORTION OF THAT CERTAIN CALLED 10.5 ACRE TRACT CONVEYED TO JAMES FAUBION AND ANN FAUBION-JONES IN PROBATE CAUSE NO. 8209 OF THE PROBATE RECORDS OF BURNET COUNTY, TEXAS; SAID 9.04 ACRE TRACT OF LAND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at a ½-inch iron rod found for the northeast corner of said 10.5 acre tract, same being the southeast corner of that certain 2.29 acre tract conveyed to Richard A. Delong by deed recorded in Volume 604, Page 885 of the Deed Records of Burnet County, Texas, said iron rod also being in the west line of that certain called 65.604 acre tract conveyed to S.R. Scott Family Limited Partnership by deed recorded in Volume 1319, Page 238 of the Deed Records of Burnet County, Texas;

THENCE S 00°47'57" E along the common line between said 65.604 acre tract and said 10.5 acre tract a distance of 687.03 feet to a cedar fence post found for the southeast corner of said 10.5 acre tract, same being the northeast corner of that certain called 397 acre tract conveyed to James Faubion by deed recorded in Probate Cause No. 3084 of the Probate Records of Burnet County, Texas;

THENCE S 83°14'58" W along the common line between said 397 acre tract and said 10.5 acre tract a distance of 447.76 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner;

THENCE N 15°27'02" W leaving said common line and crossing said 10.5 acre tract a distance of 767.79 feet to a ½-inch iron rod found for the northwest corner of said 10.5 acre tract, same being the southwest corner of that certain called 3.76 acre tract conveyed to Richard A. Delong by deed recorded in Volume 618, Page 670 of the Deed Records of Burnet County, Texas;

THENCE S 88°10'40" E along the common line between said 3.76 acre tract and said 10.5 acre tract a distance of 304.19 feet to a cedar fence corner post found for the southeast corner of said 3.76 acre tract, same being the southwest corner of the aforementioned 2.26 acre tract;

THENCE S 88°19'03" E along the common line between said 2.26 acre tract and said 10.5 acre tract a distance of 537.50 feet to the POINT OF BEGINNING of the herein described tract and containing 9.04 acres of land, more or less.

I HEREBY CERTIFY THAT THIS DESCRIPTION WAS PREPARED FROM A SURVEY PERFORMED IN THE FIELD UNDER MY SUPERVISION AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

STEVEN R. McANGUS, R.P.L.S. No. 3080          Date

The bearings shown hereon are referenced to the Texas State Plain Coordinate System, Central Zone (NAD 83) based on LCRA Monument No. 1309.

EXHIBIT "C"

April 21, 2006
Job No. 06-118

FIELD NOTES

BEING 1.511 ACRES OF LAND LOCATED IN THE JOSIAH FOWLER SURVEY NO. 251, ABSTRACT NO. 326, IN BURNET COUNTY, TEXAS, SAID 1.511 ACRES MORE PARTICULARLY BEING A PORTION OF THAT CERTAIN CALLED 143.682 ACRE TRACT CONVEYED TO EDWARD AND MADELEINE MANIGOLD BY DEED RECORDED IN VOLUME 476, PAGE 8 OF THE DEED RECORDS OF BURNET COUNTY, TEXAS; SAID 1.511 ACRE TRACT OF LAND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at an old cedar fence corner post found for the most northerly northwest corner of said 143.682 acre tract, same being an interior ell corner of that certain called 397 acre tract conveyed to James Faubion by Probate Cause No. 3084 of the Probate Records of Burnet County, Texas;

THENCE S 79°34'56" E along the common line between said 397 acre tract and said 143.682 acre tract a distance of 328.97 feet to an old cedar fence corner post for corner;

THENCE S 41°53'52" W leaving said common line and crossing said 143.682 acre tract a distance of 469.36 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner in the aforementioned common line between said 397 acre tract and said 143.682 acre tract;

THENCE N 01°24'58" W along said common line a distance of 408.97 feet to the POINT OF BEGINNING of the herein described tract and containing 1.511 acres of land, more or less.

I HEREBY CERTIFY THAT THIS DESCRIPTION WAS PREPARED FROM A SURVEY PERFORMED IN THE FIELD UNDER MY SUPERVISION AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

STEVEN R. McANGUS, R.P.L.S. No. 3680          4-21-06
                                              Date

The bearings shown hereon are referenced to the Texas State Plain Coordinate System, Central Zone (NAD 83) based on LCRA Monument No. 1309.

EXHIBIT "D"

April 21, 2006
Job No. 06-118

## FIELD NOTES

BEING 3.137 ACRES OF LAND LOCATED IN THE JOSIAH FOWLER SURVEY NO. 251, ABSTRACT NO. 326, IN BURNET COUNTY, TEXAS, SAID 3.137 ACRES MORE PARTICULARLY BEING A PORTION OF THAT CERTAIN CALLED 143.682 ACRE TRACT CONVEYED TO EDWARD AND MADELEINE MANIGOLD BY DEED RECORDED IN VOLUME 476, PAGE 8 OF THE DEED RECORDS OF BURNET COUNTY, TEXAS; SAID 3.137 ACRE TRACT OF LAND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at an old cedar fence corner post found for the most westerly northwest corner of said 143.682 acre tract, same being an interior ell corner of that certain called 397 acre tract conveyed to James Faubion by Probate Cause No. 3084 of the Probate Records of Burnet County, Texas;

THENCE N 64°32'16" E along the common line between said 397 acre tract and said 143.682 acre tract a distance of 437.00 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner;

THENCE S 23°30'12" W leaving said common line and crossing said 143.682 acre tract a distance of 952.62 feet to a ½-inch iron rod with cap stamped "McAngus Surveying" set for corner in the aforementioned common line between said 397 acre tract and said 143.682 acre tract;

THENCE N 01°13'26" W along said common line a distance of 685.86 feet to the POINT OF BEGINNING of the herein described tract and containing 3.137 acres of land, more or less.

I HEREBY CERTIFY THAT THIS DESCRIPTION WAS PREPARED FROM A SURVEY PERFORMED IN THE FIELD UNDER MY SUPERVISION AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

STEVEN R. McANGUS, R.P.L.S. No. 3680          4/21/06  Date

The bearings shown hereon are referenced to the Texas State Plain Coordinate System, Central Zone (NAD 83) based on LCRA Monument No. 1309.

EXHIBIT "C"

May 2, 2006
Job No. 06-118

### FIELD NOTES

BEING 2.29 ACRES OF LAND LOCATED IN THE JOSIAH FOWLER SURVEY NO. 251, ABSTRACT NO. 326, IN BURNET COUNTY, TEXAS, SAID 2.29 ACRES MORE PARTICULARLY BEING ALL OF THE CERTAIN CALLED 2.26 ACRE TRACT CONVEYED TO RICHARD A. DELONG BY DEED RECORDED IN VOLUME 604, PAGE 885 OF THE DEED RECORDS OF BURNET COUNTY, TEXAS; SAID 2.29 ACRE TRACT OF LAND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at a Texas Department of Transportation concrete monument found for the northwest corner of said 2.29 acre tract, same being the northeast corner of that certain 3.76 acre tract conveyed to Richard A. Delong by deed recorded in Volume 618, Page 670 of the Deed Records of Burnet County, Texas, said iron rod also being in the south line of State Highway No. 71;

THENCE S 60°30'54" E along the common line between said south line of State Highway No. 71 and said 2.29 acre tract a distance of 337.98 feet to a ½-inch iron rod found for the northeast corner of said 2.29 acre tract, same being the northwest corner of that certain called 65.604 acre tract conveyed to the S. R. Scott Family Limited Partnership by deed recorded in Volume 1319, Page 258 of the Official Public Records of Burnet County, Texas;

THENCE S 02°00'15" E along the common line between said 65.604 acre tract and said 2.29 acre tract a distance of 234.44 feet to a ½-inch iron rod found for the southeast corner of said 2.29 acre tract, same being the northeast corner of that certain called 10.5 acre tract conveyed to James Faubion and Ann Faubion-Jones by Probate Cause No. 8209 of the Probate Records of Burnet County, Texas;

THENCE N 88°19'03" W along the common line between said 10.5 acre tract and said 2.29 acre tract a distance of 337.50 feet to a cedar fence corner post found for the southwest corner of said 2.29 acre tract, same being the southeast corner of the aforementioned 3.733 acre tract;

THENCE N 05°06'38" E along the common line between said 3.76 acre tract and said 2.29 acre tract a distance of 392.50 feet to the POINT OF BEGINNING of the herein described tract and containing 2.29 acres of land, more or less.

I HEREBY CERTIFY THAT THIS DESCRIPTION WAS PREPARED FROM A SURVEY PERFORMED IN THE FIELD UNDER MY SUPERVISION AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

5/2/06

STEVEN R. MCANGUS, R.P.L.S. No. 3680

The bearings shown hereon are referenced to the Texas State Plain Coordinate System, Central Zone (NAD 83) based on LCRA Monument No. 1309.

EXHIBIT " 𝐅 "

May 2, 2006
Job No. 06-118

### FIELD NOTES

BEING 3.76 ACRES OF LAND LOCATED IN THE JOSIAH FOWLER SURVEY NO. 251, ABSTRACT NO. 326, IN BURNET COUNTY, TEXAS, SAID 3.76 ACRES MORE PARTICULARLY BEING ALL OF THE CERTAIN CALLED 3.733 ACRE TRACT CONVEYED TO RICHARD A. DELONG BY DEED RECORDED IN VOLUME 618, PAGE 670 OF THE DEED RECORDS OF BURNET COUNTY, TEXAS; SAID 3.76 ACRE TRACT OF LAND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at a Texas Department of Transportation concrete monument found for the northeast corner of said 3.76 acre tract, same being the northwest corner of that certain 2.29 acre tract conveyed to Richard A. DeLong by deed recorded in Volume 604, Page 885 of the Deed Records of Burnet County, Texas, said iron rod also being in the south line of State Highway No. 71;

THENCE S 05°06'38" W along the common line between said 2.29 acre tract and said 3.76 acre tract a distance of 392.30 feet to a cedar fence corner post found for the southwest corner of said 3.76 acre tract in the north line of a called 10.5 acre tract conveyed to James Faubion and Ann Faubion-Jones by Probate Cause No. 8209 of the Probate Records of Burnet County, Texas;

THENCE S 88°10'40" W along the common line between said 10.5 acre tract and said 3.76 acre tract a distance of 304.19 feet to a cedar fence corner post found for the southwest corner of said 2.29 acre tract, same being the southeast corner of that certain called 20 acre tract conveyed to James and Doris Faubion by deed recorded in Volume 892, Page 144 of the Deed Records of Burnet County, Texas;

THENCE N 01°27'23" W along the common line between said 20 acre tract and said 3.76 acre tract a distance of 570.49 feet to a 1-inch iron pipe found for corner;

THENCE N 48°19'40" E a distance of 27.57 feet to a ½-inch iron rod found for the northwest corner of said 2.29 acre tract in the aforementioned south line of State Highway No. 71;

THENCE S 60°30'54" E along the common line between said south line of State Highway No. 71 and said 3.76 acre tract a distance of 382.42 feet to the POINT OF BEGINNING of the herein described tract and containing 3.76 acres of land, more or less.

I HEREBY CERTIFY THAT THIS DESCRIPTION WAS PREPARED FROM A SURVEY PERFORMED IN THE FIELD UNDER MY SUPERVISION AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

STEVEN R. McANGUS, R.P.L.S. No. 3680                    Dat

The bearings shown hereon are referenced to the Texas State Plain Coordinate System, Central Zone (NAD 83) based on LCRA Monument No. 1309.

Loan N        58020
Borrower:   BLANCO SAN MIGUEL, LTD.
Asso.:       Capital Farm Credit, FLCA
Branch:     Austin Office

## EXHIBIT "G"

338.082 ACRE TRACT

1838    ALL OF THAT CERTAIN TRACT OR PARCEL OF LAND, BEING ALL OF THE           AB 1524
W.H. POWELL SURVEY NO. 1634/AND BEING A PORTION OF THE NOS. E.                  AB 5408
HITCHCOCK SURVEY, THE JOHN D. LOVE SURVEY NO. 294, THE ALFRED O.                AB 3276
LOVE SURVEY NO. 350 AND THE ADRIAN FOWLER SURVEY NO. 251, IN
BURNET COUNTY AND BLANCO COUNTY, TEXAS, BEING A PORTION OF THAT
CERTAIN 333.91 ACRE TRACT OF LAND AS CONVEYED TO W. HARVEY SMITH
BY DEED RECORDED IN VOLUME 135, PAGE 238 OF THE DEED RECORDS OF
TRAVIS COUNTY, TEXAS, AND BEING A PORTION OF THAT CERTAIN
133.521 ACRE TRACT OF LAND AS CONVEYED TO W. HARVEY SMITH BY
DEED RECORDED IN VOLUME 301, PAGE 711 OF THE DEED RECORDS OF
BURNET COUNTY, TEXAS, THE HEREIN DESCRIBED TRACT BEING MORE
PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at an iron pin found at the Southwest corner of the
said 333.91 acre Smith Tract, being at the Southeast corner of
that certain 434.068 acre tract of land as conveyed to W. Harvey
Smith by deed recorded in Volume 185, Page 657 of the Deed
Records of Burnet County, Texas, for the Southwest corner and
PLACE OF BEGINNING hereof;

THENCE along the West line of the said 333.91 acre Smith Tract,
as fenced and used upon the ground, for the following courses:

    N 01° 51' E for a distance of 294.26 feet to an iron pin
    found

    N 02° 38' E for a distance of 872.57 feet to a 60-d nail
    found

    N 02° 23' E for a distance of 658.20 feet to an iron pin
    found

    N 02° 00' E for a distance of 1054.18 feet to an iron pipe
    found

    N 28° 40' E for a distance of 37.87 feet to an iron pipe
    found

    N 02° 54' E for a distance of 680.39 feet to an angle point

    N 02° 57' E for a distance of 1243.11 feet to an iron pin
    found at the Northwest corner of the said 333.91 acre
    Smith Tract, for the Northwest corner hereof;

THENCE along the North line of the said 333.91 acre Smith Tract,
as fenced and used upon the ground, for the following courses:

    S 67° 47' E for a distance of 2077.67 feet to an angle
    point

    S 67° 35' E for a distance of 1382.20 feet to a 60-d nail
    found in a fence post

    S 13° 56' E for a distance of 631.09 feet to an angle point

    S 13° 52' E for a distance of 402.48 feet to an iron pin
    found

    S 86° 47' E for a distance of 1161.33 feet to an angle
    point

    S 86° 40' E for a distance of 923.09 feet to an iron pin
    found

    S 86° 37' E for a distance of 795.03 feet to an iron pin
    found

    N 43° 28' E for a distance of 633.61 feet to an iron pin
    found at the most Westerly corner of the said 133.521 acre
    Smith Tract;

THENCE along the West line of the said 133.521 acre Smith Tract,
N 49° 13' E for a distance of 20.00 feet to a point in the
centerline of a county road, for a Northerly corner hereof;

THENCE along the centerline of the said county road, S 61° 24' E
for a distance of 116.85 feet to an iron pin found for the most
Easterly Northeast corner hereof;

THENCE along the East line of the herein described tract, for
the following courses:

    S 71° 08' W for a distance of 101.26 feet to an iron pin
    found

    S 49° 28' W for a distance of 632.81 feet to an iron pin
    found

    S 62° 02' W for a distance of 492.11 feet to an iron pin
    found

    N 51° 10' W for a distance of 314.37 feet to an iron pin
    found in the South line of the said 333.91 acre Smith
    Tract, for a Southeast corner hereof;

TEXAS - AGRICULTURAL/COMMERCIAL
DEED OF TRUST 1183-A 1-88
-CFA4(TX) (9801) 01                                          Page 1 of 2 Page

Loan No.    1020
Borrower:   BLANCO SAN MIGUEL, LTD.
Assn.:      Capital Farm Credit, FLCA
Branch:     Austin Office

## EXHIBIT C

THENCE along the South line of the said 333.91 acre tract, as fenced and used upon the ground, for the following courses:

N 88° 35' W for a distance of 203.01 feet to an iron pin found

S 02° 45' W for a distance of 490.13 feet to an iron pin found

N 87° 14' W for a distance of 1114.96 feet to an angle point

N 88° 53' W for a distance of 911.21 feet to an angle point

N 88° 49' W for a distance of 1316.88 feet to an angle point

N 87° 08' W for a distance of 955.33 feet to a 60-d nail found in a fence corner post;

THENCE continuing along the South line of the said 333.91 acre South Tract, as fenced and used upon the ground, for the following courses:

S 02° 54' W for a distance of 952.09 feet to an angle point

S 03° 15' W for a distance of 176.95 feet to an angle point

S 03° 39' W for a distance of 805.36 feet to a 60-d nail found in a fence corner post for a Southerly corner hereof;

THENCE continuing along the South line of the said 333.91 acre South Tract, as fenced and used upon the ground, N 87° 13' W for a distance of 3053.81 feet to a 60-d nail found in a fence post, and N 07° 11' W for a distance of 168.77 feet to the PLACE OF BEGINNING and containing 316.843 acres of land, more or less.

OFFICIAL PUBLIC RECORD
BURNET COUNTY, TEXAS
1413 0661

TEXAS- AGRICULTURAL/COMMERCIAL
DEED OF TRUST 1185-A  8-04
-C164(TX) (9204).01

EXHIBIT "H"

**AUSTIN SURVEYORS**
P.O. BOX 131143
AUSTIN, TEXAS 78713

3103 JUSTIN LANE #103
(512) 454-4421

Sheet 1 of 3
Attachment to Plat No. 1400pt

### FIELD NOTES FOR 5476.23 ACRES

All that certain tract or parcel of land situated in the F. Flieeler Survey No. 272, the F. Flieeler Survey No. 1086, the F. Flieeler Survey No. 123, the R.S. Morgan Survey No. 416, the J.T. Chinn Survey No. 237, the J. T. Cann Survey No. 272, the T.T. Hubbard Survey No. 274, The C.D. & C.N.G. Railroad Survey No. 123, the A.T. Stovs Survey No. 97, the G. Raminge Survey No. 351, the A. Gleascke Survey No.124, the A. Glceccke Survey No. 30, the I. F. Toacy & Co. Survey No. 7, the C. Goeth Survey No. 2, the C. Goeth Survey No. 92, the C. Goeth Survey No. 45, the C. Goeth Survey No.4, the C. Goeth Survey No. 67, the H.B. & W.T. Railroad Survey No. 91, the J. Hoffat Survey No. 427, the A. Ozehel Survey No. 426, the A. Oeebel Survey No. 5, the F.A. Sawyer Survey No. 419, the Tren. Mantha Survey No. 402, the R.H. Jackson Survey No. 5, and the J.R. Worrall Survey No. 92 in Blanco and Burnet Counties and being also all of seventeen (17) tracts of land conveyed to Jerico Partners, Ltd. in Volume 729, Page 756 of the Deed Records of Blanco County, Texas and being more particularly described by metes and bounds as follows:

BEGINNING at a fence corner post found in the occupied Northeast corner of the above mentioned C. Goeth Survey No. 2 for the Northeast corner of the above mentioned Sixteenth Tract and the most Easterly Northeast corner of this tract.

THENCE with the East line of the said Survey No. 2, as fenced and occupied, for the following four (4) courses:
(1) S 01°11'39" E 1719.63 feet to a steel fence post found for an angle point.
(2) S 01°02'50" E 1087.81 feet to a steel fence post found for an angle point.
(3) S 01°20'12" E 1026.99 feet to a steel fence post found for an angle point.
(4) S 01°30'30" E 1442.57 feet to 5" iron pipe fence post found on the occupied North line of the Tyler Tap Railroad Co. Survey No. 113, in the occupied Southeast corner of the said Survey No. 2, for the Southeast corner of the said Sixteenth Tract and the Southeast corner of this tract.

THENCE S 88°19'42" W with the North line of the above mentioned Survey #113 and the South line of the said Survey No. 2, as fenced and occupied, 2931.92 feet to a fence corner post found for an angle point of this tract.

THENCE S 89°20'19" W with the South line of the said Survey No. 2, as fenced and occupied, 2883.21 feet to a fence corner post found in an angle point of the said Sixteenth Tract for an angle point of this tract.

THENCE S 42°26'12" W with the Southeast line of the said Sixteenth Tract, as fenced and occupied, 5230.01 feet to a 2" iron pipe fence post found in an angle point of the said Sixteenth Tract for an angle point of this tract.

THENCE N 89°47'15" W with the South line of the above mentioned Sixteenth Tract, as fenced and occupied, 2566.19 feet to a 2½" iron pipe fence post found for an angle point of this tract.

THENCE S 89°12'44" W 1745.48 feet to a 2½" iron pipe fence corner post found in the occupied Southwest corner of the said Sixteenth Tract and the Southeast corner of the above mentioned Thirteenth tract for an angle point of this tract.

THENCE N 89°48'38" W with the South line of the said Thirteenth Tract, as fenced and occupied, 745.75 feet to a 3" iron pipe fence post found for an angle point of this tract.

THENCE N 74°22'35" W with the South line of the said Thirteenth Tract, as fenced and occupied, 67.15 feet to a 3" iron pipe fence post found for an angle point of this tract.

*600*
*Coopers*
*Bend*

## TEXAS OWNER POLICY OF TITLE INSURANCE

## SCHEDULE A

Issued simultaneous with Policy No.      :707                    Policy No.      3707

GF No.    3707-AU63

DATE OF POLICY 04/04/2007 at PM

1. Name of Insured:

    Blanco San Miguel, Ltd., a Texas Limited Partnership

2. The estate or interest in the land that is covered by this policy is:

    Fee Simple

3. Title to the estate or interest in the land is insured as vested in:

    Blanco San Miguel, Ltd., a Texas Limited Partnership

4. The land referred to in this policy is described as follows:

*Legal Description*

    Tract I:

    Being all of Lot Nos. 10, 11 and 12, COOPER'S BEND ESTATES, a subdivision in Burnet County, Texas, according to plat recorded in Cabinet 2, Slide 52A, Plat Records of Burnet County, Texas.

    Tract II:

    Easement rights to use a 60 foot wide access easement across Lots 1 thru 11, as set out in Joint Use and Access Agreement recorded in Volume 612, Page 118, Deed Records, Burnet County, Texas and as shown on Plat recorded in Cabinet 2, Slide 52A-C, Plat Records, Burnet County, Texas.

**EXHIBIT**    2

**EFD, Ltd (fka Blanco San Miguel, Ltd.)**
**Receivable Account QuickReport**

| Type | Date | Name | Memo | Amount | 04/05/2011 Accrual Basis Balance |
|------|------|------|------|--------|--------|
| **Receivables** | | | | | |
| **A/R-Austin Maddux** | | | | | |
| Check | 08/05/2010 | Austin Maddux | online payment | 319.45 | 319.45 |
| Deposit | 09/27/2010 | Austin Maddux -reimburse | loan repayment | -319.45 | 0.00 |
| **Total A/R-Austin Maddux** | | | | 0.00 | 0.00 |
| **A/R-LandWest Mgmt** | | | | | |
| General Journal | 03/23/2006 | | loan proceeds on 5476 ac deposited to LandWest | 1,064,577.85 | 1,064,577.85 |
| General Journal | 03/24/2006 | | apply Contract Assignment fee included in the $1,064,577.85 loan proceeds deposited directly int... | -800,000.00 | 264,577.85 |
| General Journal | 03/24/2006 | | loan proceeds on 316 ac deposited to LandWest acct for reimbursements due | 21,578.93 | 286,156.78 |
| Deposit | 04/03/2006 | LandWest Management, LLC | received from LW Mgmt for BSM closing proceeds deposited in their bank acct | -50,000.00 | 236,156.78 |
| Deposit | 04/03/2006 | LandWest Management, LLC | received from LW Mgmt for BSM closing proceeds deposited in their bank acct | -35,956.78 | 200,200.00 |
| General Journal | 12/30/2006 | | Apply a/r balance to $1,000,000 Acquisition Fee due to Land West for Rancho San Miguel | -200,200.00 | 0.00 |
| General Journal | 12/31/2006 | Correction | 4/5/07 Reverse of GJE LW-acq fee – Apply a/r balance to $1,000,000 Acquisition Fee due to Land... | 200,200.00 | 200,200.00 |
| General Journal | 04/05/2007 | Correction | re-book to a/r - Feb payment made in error towards an acquisition fee that wasn't actually due | 50,000.00 | 250,200.00 |
| General Journal | 01/01/2008 | | VOID / reverse entry - 2.20.08 Clarification from Larry Meyer that $800,000 listed in Contract wa... | 0.00 | 250,200.00 |
| Check | 10/04/2010 | LandWest Management, LLC | offset a/p against receivable balance | -68,331.40 | 181,868.60 |
| Check | 11/09/2010 | LandWest Management, LLC | loan - xfer online | 100.00 | 181,968.60 |
| | | | loan - xfer online | 100.00 | 182,068.60 |
| **Total A/R-LandWest Mgmt** | | | | 182,068.60 | 182,068.60 |
| **A/R-Larry Meyer** | | | | | |
| Bill | 03/21/2009 | John H. Glover (home) | SM Partners loaned Larry Meyer $750,000 and Larry owes the 2% Finders Fee to John Glover | 15,000.00 | 15,000.00 |
| Bill | 04/15/2009 | Premium Financing Specialists, Inc. | INSURANCE PAYMENT ON HOUSE PURCHASED BY BILLIE MEYER | 0.00 | 15,000.00 |
| Deposit | 05/07/2009 | Larry Meyer-Reimburse | insurance on house for Billie | -369.84 | 14,630.16 |
| Deposit | 05/07/2009 | Larry Meyer-Reimburse | post control services on house for Billie | -189.43 | 14,440.73 |
| Bill | 05/08/2009 | Lowe's Pest Control Co | for Billie Meyer - to be reimbursed by Larry | 189.43 | 14,630.16 |
| Check | 05/08/2009 | Larry Meyer-Reimburse | wire transfer out - insurance on 122achouse cancelled | 369.84 | 15,000.00 |
| General Journal | 01/01/2010 | Larry Meyer-Reimburse | offset Larry Meyer payable to a/r acct (reimbursable due for flight & meeting expense re: sale o... | -1,162.85 | 13,837.15 |
| **Total A/R-Larry Meyer** | | | | 13,837.15 | 13,837.15 |
| **A/R-LWP General Management** | | | | | |
| Bill | 09/26/2007 | Maxwell Locke & Ritter, LLP | CPA services - 2006 tax return | 950.00 | 950.00 |
| Bill | 04/09/2008 | Maxwell Locke & Ritter, LLP | CPA services for 2007 tax return | 1,250.00 | 2,200.00 |
| Bill | 03/23/2009 | Maxwell Locke & Ritter, LLP | CPA services for 2008 Tax return - progress billing thru 3/16/09 for LWP Gen Mgmt LLC | 1,350.00 | 3,550.00 |
| Deposit | 04/08/2010 | Maxwell Locke & Ritter, LLP | Deposit - Xfer online | 1,500.00 | 5,050.00 |
| Bill | 05/12/2010 | Maxwell Locke & Ritter, LLP | Franchise Tax Report | 365.00 | 5,415.00 |
| **Total A/R-LWP General Management** | | | | 5,415.00 | 5,415.00 |
| **A/R-LWP Venture I, Ltd.** | | | | | |
| General Journal | 12/31/2006 | LWP Venture I | record initial contribution to BSM | 680.00 | 680.00 |
| Check | 01/12/2007 | Maxwell Locke & Ritter, LLP | loan to bring acct balance up to avoid acct fees | 1,000.00 | 1,680.00 |
| Bill | 09/26/2007 | Maxwell Locke & Ritter, LLP | CPA services - 2006 tax return | 960.00 | 2,640.00 |
| Bill | 11/30/2008 | Maxwell Locke & Ritter, LLP | CPA services for 2008 Franchise Tax return | 400.00 | 3,040.00 |
| Deposit | 02/04/2009 | LWP Venture I | Deposit - Xfer online | -2,000.00 | 1,040.00 |
| Bill | 03/31/2009 | Maxwell Locke & Ritter, LLP | CPA services for 2008 Tax return - progress billing thru 3/13/09 for LWP Venture I | 2,750.00 | 3,790.00 |
| Bill | 08/14/2009 | Maxwell Locke & Ritter, LLP | CPA services for 2009 Franchise Tax | 500.00 | 4,290.00 |
| Bill | 04/08/2010 | Maxwell Locke & Ritter, LLP | Tax Return Preparation | 2,245.00 | 6,535.00 |
| Bill | 05/12/2010 | Maxwell Locke & Ritter, LLP | Tax Return Preparation | 0.00 | 6,535.00 |

EXHIBIT 3

| Type | Date | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|
| Check | 10/04/2010 | LWP Venture I | VOID: online transfer | 0.00 | 6,535.00 |
| Transfer | 12/31/2010 | | offset a/p to a/r balance | -500.00 | 6,035.00 |
| **Total A/R-LWP Venture I, Ltd** | | | | 6,035.00 | 6,035.00 |
| | | | | | |
| **A/R-RSMT Venture, LLC** | | | | | |
| General Journal | 12/31/2006 | | record initial contribution to BSM | 10.00 | 10.00 |
| Check | 01/12/2007 | RSMT Ventures, LLC | loan to bring acct balance up to avoid acct fees | 1,000.00 | 1,010.00 |
| Bill | 09/28/2007 | Maxwell Locke & Ritter, LLP | CPA services - 2006 tax return | 950.00 | 1,960.00 |
| General Journal | 12/31/2007 | RSMT Ventures, LLC | change vendor name | -1,000.00 | 960.00 |
| General Journal | 12/31/2007 | RSMT Ventures-Loan | change vendor name | 1,000.00 | 1,960.00 |
| Bill | 04/30/2008 | Maxwell Locke & Ritter, LLP | CPA services for 2007 tax return | 1,350.00 | 3,310.00 |
| Bill | 11/30/2008 | Maxwell Locke & Ritter, LLP | CPA services for 2008 Franchise Tax return | 400.00 | 3,710.00 |
| Deposit | 12/31/2009 | | CPA services for 2009 | 1,530.00 | 5,240.00 |
| Deposit | 12/31/2009 | | to record PY investment - to match RSMT books | 10.00 | 5,250.00 |
| Bill | 04/08/2010 | Maxwell Locke & Ritter, LLP | Tax Return Preparation | 1,700.00 | 6,950.00 |
| Bill | 05/12/2010 | Maxwell Locke & Ritter, LLP | Franchise Tax Report | 450.00 | 7,400.00 |
| Check | 10/04/2010 | RSMT Ventures-Loan | online transfer | 100.00 | 7,500.00 |
| Check | 11/09/2010 | RSMT Ventures-Loan | loan - online transfer | 100.00 | 7,600.00 |
| Transfer | 12/31/2010 | | offset a/p to a/r acct | -650.00 | 6,950.00 |
| **Total A/R-RSMT Venture, LLC** | | | | 6,950.00 | 6,950.00 |
| | | | | | |
| **A/R-San Miguel Partners LP** | | | | | |
| General Journal | 12/31/2006 | | record initial contribution made by SM Partners | 300.00 | 300.00 |
| **Total A/R-San Miguel Partners LP** | | | | 300.00 | 300.00 |
| | | | | | |
| **Total Receivables** | | | | 214,605.75 | 214,605.75 |
| | | | | | |
| **TOTAL** | | | | 214,605.75 | 214,605.75 |

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **EFD, Ltd.**

Case No.  **11-10846**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,

including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this

case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that

maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.

| AMOUNT | SOURCE |
|---|---|
| **$9,600.03** | **2011 - LCRA Lease payment $9,600; Bank interest income $.03** |
| **$278,764.00** | **1/1/2010-12/31/10 - 10 acres of land sold for gross $100,000 (paid to lien holder)** **LCRA lease payment $9,600** **Rebate of $12** **Capital Farm Credit Patronage Payment $169,121 ($96,370 applied to past due interest)** **Bank Interest Income $31** |
| **$5,711,390.00** | **1/1/2008-12/31/2009 - 444 acres of land sold for gross of $5,306,000 (paid to lien holder)** **Cattle sold for gross of $33,842** **LCRA Lease payment $19,200** **Capital Farm Credit Patronage Payments $331,814** **Bank Interest Income $20,534** |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the

two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other

debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that

constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Pedernales Electric Cooperative** **P.O. Box 1** **Johnson City, TX 78636** | **1/18/11,** **2/18/11, 3/4/11** | **$1,025.97** | **$67.50** |
| **Whiteside Insurance / S&W Premium Finance** **P.O. Box 605** **Spicewood, TX 78669** | **1/19/11,** **2/19/11, 3/19/11** | **$2,199.72** | **$3,286.14** |
| **Lands of America.com** **9433 FM 2244** **Bldg. II, Suite 203** **Austin TX 78733** | **3/22/11** | **$1,000.00** | |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re: EFD, Ltd.

Case No. **11-10846**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | |
|---|---|---|
| **Capital Rotorcraft LLC**<br>**1821 Westlake Dr., #139**<br>**Austin, TX 78746** | 3/31/11 | $3,289.00 |

None ☑ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately

preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than

$5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support

obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

None ☐ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors

who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both

| NAME AND ADDRESS OF CREDITOR<br>AND RELATIONSHIP TO DEBTOR | DATE OF<br>PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Driftwood Land Company Ltd.<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | 3/4/11 payment<br>was<br>reimbursement<br>for insurance<br>premium<br>payment made<br>for EFD, Ltd. | $2,199.72 | $877,400.06 |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this

bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding

the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned

to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| II CB, LP<br>2825 Wilcrest Dr., Suite 300<br>Houston, TX 77042 | 3/1/11 Deed in<br>Lieu of<br>Foreclosure | Tract 10, 9.76 acres in Burnet County<br><br>Debt owed: $173,635.51 |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:  EFD, Ltd.                                       Case No.  **11-10846** _____
                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☑ b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the

commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property

---

## 7. Gifts

None
☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual

gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100

---

## 8. Losses

None
☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the

commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both

---

## 9. Payments related to debt counseling or bankruptcy

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt

consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year preceding the

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hohmann, Taube & Summers, L.L.P. 100 Congress Ave. Suite 1800 Austin, TX 78701 | 9/10/10 | $7,500.00 |
| Hohmann, Taube & Summers, L.L.P. | 1/31/11 | $5,000.00 |
| Hohmann, Taube & Summers, L.L.P. | 4/1/2011 | $25,000.00 |

---

## 10. Other transfers

None
☑ a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred

either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12

---

None
☑ b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or

---

## 11. Closed financial accounts

None
☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise

transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,

certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  EFD, Ltd.

Case No.  **11-10846**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**None** ☑

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately

preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or

---

**None** ☑

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this

case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether

---

**None** ☐

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| William J. Maddux<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | Kubota Tractor, Loader, Shredder<br><br>$30,000 | Tractor located at 7711 E. Hwy 71 Spicewood, TX 78669 |

---

**None** ☑

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied

during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address

---

**None** ☑

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,

Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic

substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or

regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated

by the debtor, including, but not limited to, disposal sites.

---

**None** ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or

potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **EFD, Ltd.**                                    Case No.  **11-10846**
                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

None
☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.

None
☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

## 18. Nature, location and name of business

None
☐   a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDIN DATES |
|---|---|---|
| RSMT Venture, LLC<br>13200 Bee Cave Pkwy<br>Austin, TX 78738<br><br>Tax ID No. 20-4499861 | 1% General Partner of Blanco San Miguel Ltd. | March 2006 - Present |
| LWP General Management, LLC<br>13200 Bee Cave Pkwy<br>Austin, TX 78738<br><br>Tax ID No. 20-4499813 | 1% General Partner of LWP Venture I Ltd. | March 2006 - Present |
| LWP Venture I, Ltd.<br>13200 Bee Cave Pkwy<br>Austin, TX 78738<br><br>Tax ID No. 20-4516371 | 69% Partner of Blanco San Miguel Ltd. | March 2006 - Present |
| San Miguel Partners, LP<br>4571 SW Thistle Terrace<br>Palm City, Florida 34990<br><br>Tax ID No. 26-0595270 | 30% Partner of Blanco San Miguel Ltd. | March 2006 to Present |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   EFD, Ltd.

Case No.   **11-10846**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

| | | |
|---|---|---|
| **Driftwood Land Company Ltd.**<br>**13200 Bee Cave Pkwy**<br>**Austin, TX 78738** | **49.5 Partner of LWP Venture I, Ltd.** | **March 2006 to present** |
| **Tax ID No. 41-2083308** | | |
| **CLMI Trust**<br>**P.O. Box 154369**<br>**Waco, TX 76715** | **45.5 Partner of LWP Venture I, Ltd.** | **March 2006 to present** |
| **Tax ID No. 20-6030028** | | |
| **John Mitchell**<br>**5422 Monterrey Club Court**<br>**Windermere, FL 34786** | **4% Partner of LWP Venture I, Ltd.** | **Jananuary 2007** |

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,

within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of

more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or

self-employed in a trade, profession, or other activity, either full- or part-time.

## 19. Books, records and financial statements

None
☐  a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the

| **NAME AND ADDRESS** | **DATES SERVICES RENDERED** |
|---|---|
| **Christine Cupina**<br>**213 Drury Lane**<br>**Austin, TX 78737** | **August 2006 to present** |
| **Maxwell Locke & Ritter**<br>**401 Congress Avenue, Suite 1100**<br>**Austin, TX 78701** | **January 2007 to present** |

None
☐  b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account

| **NAME AND ADDRESS** | **DATES SERVICES RENDERED** |
|---|---|
| **Christine Cupina**<br>**213 Drury Lane**<br>**Austin, TX 78737** | **August 2006 to present** |
| **Maxwell Locke & Ritter**<br>**401 Congress Avenue, Suite 1100**<br>**Austin, TX 78701** | **January 2007 to present** |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re:  EFD, Ltd.

Case No.  **11-10846**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the

| NAME | ADDRESS |
|------|---------|
| Christine Cupina | 213 Drury Lane<br>Austin, TX 78737 |
| Maxwell Locke & Ritter | 401 Congress Avenue, Suite 1100<br>Austin, TX 78701 |
| John H. Glover | 1001 McKinney, Suite 1400<br>Houston, TX 77002 |

None ☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Capital Farm Credit<br>5900 SW Parkway, #501<br>Austin, TX 78735 | February 2010 |

## 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the

None ☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTERES |
|------------------|--------------------|-----------------------|
| San Miguel Partners LP<br>c/o Alyn Bell<br>4571 SW Thistle Terrace<br>Palm City, FL 34990 | | 30% |
| RSMT Venture I, Ltd.<br>13200 Bee Cave Parkway<br>Austin, TX 78737 | | 1% |
| LWP Venture I, Ltd.<br>13200 Bee Cave Parkway<br>Austin, TX 78737 | | 69% |
| Driftwood Land Company Ltd.<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | | 49.5 |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:  EFD, Ltd.

Case No.  **11-10846**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 7*

| | |
|---|---|
| CLMI Trust<br>P.O. Box 154369<br>Waco, TX 76715 | 45.5 |
| John Mitchell<br>5422 Monterrey Club Court<br>Windermere, FL 34786 | 4% |
| LWP General Management, LLC<br>13200 Bee Cave Pkwy<br>Austin, TX 78738 | 1% |

None ☑  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

### 22. Former partners, officers, directors and shareholders

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement

None ☑  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the

### 24. Tax Consolidation Group

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax
purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the

### 25. Pension Funds

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,
has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **4/20/2011**

Signature  **/s/ S. Frank Bright**
**S. Frank Bright**
**Manager of GP**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **EFD, Ltd.**

CASE NO   **11-10846**

CHAPTER   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$37,500.00** |
| Prior to the filing of this statement I have received: | **$37,500.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☐ Debtor    ☑ Other (specify)
   **Larry Meyer and Jeff Maddux have each agreed to guarantee payment of an additional $10,000.00 each to the Firm.**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   **plus hourly fees for legal services**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation in adversary proceedings, if any, without additional compensation.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **4/20/2011** | /s/ **Eric J. Taube** |
| *Date* | *Eric J. Taube*   Bar No.  19679350 |
| | Hohmann, Taube & Summers, L.L.P. |
| | 100 Congress Ave. |
| | Suite 1800 |
| | Austin, TX 78701 |
| | Phone: (512) 472-5997 / Fax: (512) 472-5248 |

---

/s/ **S. Frank Bright**

**S. Frank Bright**
**Manager of GP**