**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 11, 2011.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EFD, LTD. d/b/a | § | CASE NO. 11-10846-cag |
| BLANCO SAN MIGUEL | § | (Chapter 11) |
| (Debtor) | § | |

### ORDER APPROVING DISCLOSURE STATEMENT, SETTING HEARING ON CONFIRMATION OF DEBTOR'S PLAN, AND SETTING DEADLINE FOR BALLOTING AND OBJECTIONS

Came on for consideration the Disclosure Statement (the "Disclosure Statement") filed by the Debtor. The Court finds that the Disclosure Statement, as modified in open court, complies with the requirements of 11 U.S.C. §1125. Accordingly, the Disclosure Statement is approved for dissemination to the creditors in this case. It is, therefore,

ORDERED that the Disclosure Statement is approved. It is further

ORDERED that a hearing on the confirmation of Debtor's proposed Plan of Reorganization be held in this Court on November 21, 2011 at 1:30 p.m. It is further

ORDERED that all Ballots be returned to Debtor's counsel at the following address by 5:00 p.m. CST on November 11, 2011:

Hohmann, Taube & Summers, LLP
Attn: EFD Balloting
100 Congress Ave, Suite 1800
Austin, TX 78701
Facsimile (512) 472-5997

it is further

ORDERED any objection to the confirmation of the Plan of Reorganization must be filed with the Clerk for the United States Bankruptcy Court, 903 San Jacinto, Room 322, Austin, Texas 78701, and a copy received by Debtor's counsel at the address listed above, on or before November 11, 2011 at 5:00 p.m. Central Standard Time.

###